# United States District Court

EASTERN DISTRICT OF WISCONSIN

**NORDOCK, INC.,**

        Plaintiff-Counterclaim Defendant,

        **JUDGMENT IN A CIVIL CASE**

      v.        CASE NUMBER: **11-C-118**

**SYSTEMS, INC.,**

        Defendant-Counterclaimant.

☒    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Nordock, Inc.'s motion for partial summary judgment as to the validity and enforceability of its design patent, United States Patent No. D579,754, is **GRANTED** as to the following defenses: anticipation; obviousness; prosecution estoppel; laches; equitable estoppel; and unclean hands.

Systems, Inc.'s motion for summary judgment dismissing all of Nordock, Inc.'s claims is **DENIED.**

Nordock, Inc.'s claims for unfair competition and unfair trade practices are withdrawn and therefore **DISMISSED WITH PREJUDICE**.

**Judgment is entered on the jury's verdict in favor of Nordock, Inc. and against Systems, Inc. in the amount of $46,825.00 for reasonable royalties** for Systems' non-willful infringement of Nordock, Inc.'s D579,754 patent with regard to Systems' LHP and LHD Series dock levelers, **plus costs.**

Systems, Inc., is **PERMANENTLY ENJOINED** from making, using, selling or importing its LHP and LHD Series dock levelers.

The jury determined that Systems, Inc. did not prove that Nordock, Inc.'s D579,754 patent is invalid. Therefore, Systems, Inc.'s, declaratory judgment counterclaim is **DISMISSED WITH PREJUDICE.**

This action is hereby **DISMISSED**.

| | |
|---|---|
|     **March 27, 2013** |  **JON W. SANFILIPPO** |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |

*APPROVED:*

*Hon. Rudolph T. Randa*
*U.S. District Judge*