UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NORDOCK INC.,

ORIGINAL

Plaintiff-Counterclaim-Defendant,

v.

Case No. 11-C-118

SYSTEMS INC.,

Defendant-Counterclaimant.

## VERDICT

1. Did Systems infringe the '754 Design Patent as to any of the following products:

| Accused Levelers | | Yes/No |
|---|---|---|
| LHP | 6' Wide | Yes |
| | 6½' Wide | Yes |
| | 7' Wide | Yes |
| LMP | 6' Wide | No |
| | 6½' Wide | No |
| | 7' Wide | No |
| LHD | 6' Wide | Yes |
| | 6½' Wide | Yes |
| | 7' Wide | Yes |
| LMD | 6' Wide | No |
| | 6½' Wide | No |
| | 7' Wide | No |

2. What total amount of money is Nordock entitled to receive from Systems for Systems' infringement on the products that you answered "Yes" to in Question 1.

$ __46,825.00__

3. For the amount of money in Question 2, please break down that amount by product.

| Accused Levelers | | $ Amount |
|---|---|---|
| **LHP** | 6' Wide | $7,804.00 |
| | 6½' Wide | $7,804.00 |
| | 7' Wide | $7,804.00 |
| **LMP** | 6' Wide | |
| | 6½' Wide | |
| | 7' Wide | |
| **LHD** | 6' Wide | $7,804.00 |
| | 6½' Wide | $7,804.00 |
| | 7' Wide | $7,805.00 |
| **LMD** | 6' Wide | |
| | 6½' Wide | |
| | 7' Wide | |

4. For the amount of money in Question 2, please indicate the amount, if any, for each of the following categories :

| NORDOCK'S LOST PROFITS | $ 0 |
| ACCESSORY LOST PROFITS | $ 0 |
| FUTURE PRICE EROSION | $ 0 |
| REASONABLE ROYALTIES | $ 46825.00 |
| SYSTEMS' PROFITS | $ 0 |

5. If you answered "Yes" to any product in Question 1, then answer this question as to each of those products. For any product that you answered "No." to in Question 1, please do not answer this question.

Was Systems' infringement willful?

| Accused Levelers | | Yes/No |
|---|---|---|
| **LHP** | 6' Wide | No |
| | 6½' Wide | No |
| | 7' Wide | No |
| **LMP** | 6' Wide | |
| | 6½' Wide | |
| | 7' Wide | |
| **LHD** | 6' Wide | No |
| | 6½' Wide | No |
| | 7' Wide | No |
| **LMD** | 6' Wide | |
| | 6½' Wide | |
| | 7' Wide | |

3

6. Has Systems proven that Nordock's '754 Design Patent is invalid?

        Yes _____        No  X 

Dated at Milwaukee, Wisconsin this 26th day of March, 2013.

*Elizabeth Lawrence*
Foreperson

Elizabeth Lawrence
Printed Name of Foreperson

4